# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DYLAN EGLESTON, individually and
on behalf of all others similarly situated,**

    **Plaintiff,**

v.                                                  Case No. 1:20-cv-106-AW-GRJ

**UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, AS THE PUBLIC
BODY CORPORATE OF UNIVERSITY
OF FLORIDA,**

    **Defendant.**

_____/

## ORDER GRANTING EXTENSION OF TIME

Plaintiff's unopposed motion for an extension (ECF No. 10) is GRANTED. Plaintiff's deadline to respond to the pending motion to dismiss (ECF No. 9) is extended to July 10, 2020.

SO ORDERED on June 15, 2020.

                                            s/ *Allen Winsor*
                                            United States District Judge