**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**DYLAN EGLESTON, individually and
on behalf of all others similarly situated,**

     **Plaintiff,**

**v.**                                                                    **Case No. 1:20-cv-106-AW-GRJ**

**UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, AS THE PUBLIC
BODY CORPORATE OF UNIVERSITY
OF FLORIDA,**

     **Defendant.**

_____/

## ORDER GRANTING EXTENSION OF TIME

     Plaintiff's unopposed motion for an extension (ECF No. 13) is GRANTED.

Plaintiff's deadline to respond to the pending motion to dismiss (ECF No. 9) is

extended to July 31, 2020.

     SO ORDERED on July 9, 2020.

                                  *s/ Allen Winsor*_____
                                  United States District Judge