IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DYLAN EGLESTON, individually and on behalf of all others similarly situated,**

    **Plaintiff,**

v.                                   **Case No. 1:20-cv-106-AW-GRJ**

**UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, as the public body corporate of University of Florida, and FLORIDA BOARD OF GOVERNORS FOUNDATION, INC.,**

    **Defendants.**

_____/

## ORDER REGARDING SCHEDULE

After the original parties had their planning conference and submitted their Rule 26(f) report (ECF No. 15), the court entered its scheduling and mediation order (ECF No. 20). The same day, Plaintiff filed an amended complaint, which included a new defendant, the Florida Board of Governors Foundation, Inc. (ECF No. 19). The new party was served and has now appeared (ECF Nos. 32, 33).[*]

The parties must promptly confer and discuss the matters set out in Rules 16(b)(3)(A), 16(b)(3)(B), 16(c)(2), 26(f)(2), and 26(f)(3). No later than September 16, 2020, they must file a notice indicating (i) that they have done so and (ii) whether,

---

[*] The notices of appearance say the entity is actually the Florida Board of Governors and was improperly named as the Florida Board of Governors Foundation, Inc. ECF Nos. 32, 33.

1

in light of the addition of a new defendant, any changes to the existing schedule are appropriate.

SO ORDERED on August 26, 2020.

*s/ Allen Winsor*
United States District Judge