# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DYLAN EGLESTON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, AS THE PUBLIC BODY CORPORATE OF UNIVERSITY OF FLORIDA, and FLORIDA BOARD OF GOVERNORS FOUNDATION, INC.,<br><br>Defendant. | Case No. 1:20-cv-106-AW/GRJ |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated: August 31, 2020

GAINEY McKENNA & EGLESTON

*Thomas J. McKenna*
_____
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Tel.: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

                Bryan DeMaggio
                **SHEPPARD, WHITE, KACHERGUS, & DEMAGGIO, P.A.**
                215 Washington Street
                Jacksonville, FL 32202
                Tel: (904) 356-9661
                Fax: (904) 356-9667
                Email: sheplaw@sheppardwhite.com

                *Attorneys for Plaintiff*