IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DYLAN EGLESTON, individually and on behalf of all others similarly situated,**

    **Plaintiff,**

v.                                           Case No. 1:20-cv-106-AW-GRJ

**UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, as the public body corporate of University of Florida, and FLORIDA BOARD OF GOVERNORS FOUNDATION, INC.,**

    **Defendants.**

_____/

## ORDER CLOSING FILE

Plaintiff has filed a notice of voluntary dismissal. ECF No. 36. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on September 1, 2020.

                                                         s/ *Allen Winsor*
                                                         United States District Judge